Argued and submitted July 16, 82-437 affirmed; 82-438 reversed and remanded with instructions August 1, reconsideration denied September 14, petition for review denied October 23, 1984 (298 Or 150)

## SKAGGS,
*Appellant,*

*v.*

## STATE OF OREGON et al,
*Respondents.*

(82-437; 82-438; CA A28724)

684 P2d 1256

Howard R. Lonergan, Portland, argued the cause for appellant. With him on the brief were Clint A. Lonergan and Richard L. Lonergan, Portland.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, Joseph, Chief Judge, and Young, Judge.

PER CURIAM

## PER CURIAM

This is a post-conviction relief case. Appellant seeks reversal of a trial court judgment denying him relief on the ground of lack of jurisdiction from municipal court convictions for a municipal "bad check" charge (trial court case number 82-437) and for a state driving while suspended charge (trial court case number 82-438). The ruling as to the municipal charge was correct. *Rutherford v. City of Klamath Falls,* 19 Or App 103, 526 P2d 645 (1974). The ruling as to the state charge was not.

There are remaining factual issues concerning the state charge. Affirmed as to trial court case number 82-437; reversed and remanded for further proceedings as to trial court case number 82-438.